UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LINDA MCCLASTER,<br><br>Plaintiff,<br><br>v.<br><br>JANICE WINFREY,<br><br>Defendant. | Case No. 26-cv-10249<br><br>Honorable Robert J. White<br>Magistrate Judge David R. Grand |

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION TO DISMISS**

Before the Court is Magistrate Judge David R. Grand's August 5, 2026 report and recommendation. (ECF No. 12). The report recommended that the Court grant Detroit City Clerk Janice Winfrey's motion to dismiss. (ECF No. 6). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's report and recommendation (ECF No. 12) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Winfrey's motion to dismiss (ECF No. 6) is GRANTED.

IT IS FURTHER ORDERED that the case is DISMISSED WITH PREJUDICE.

Dated: September 10, 2026

s/Robert J. White
Robert J. White
United States District Judge