UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LINDA MCCLASTER,<br><br>Plaintiff,<br><br>v.<br><br>JANICE WINFREY,<br><br>Defendant. | Case No. 26-cv-10249<br><br>Honorable Robert J. White<br>Magistrate Judge David R. Grand |

# JUDGMENT

The Court has dismissed the case with prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff. Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By: s/Tara Villereal__________
Deputy Clerk

September 10, 2026

Approved: _s/Robert J. White___________
Robert J. White
United States District Judge